**FILED**

OCT 20 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA, | No. 6:06-MJ-0196-WMW |
| Plaintiff, | |
| v. | **ORDER FOR FUNDS HELD IN THE COURT REGISTRY TO BE MOVED TO UNCLAIMED FUNDS** |
| TAMARA MILLIKIN, | |
| Defendant. | |

On October 04, 2006, the National Park Service released Tamara Millikin on a $600.00 cash bond, posted by the defendant. On October 24, 2006, defendant pleaded guilty to Driving with a Suspended Driver's License and Speeding. The fine total of $400.00 was to be deducted from the bail posted, and the remainder returned to defendant, Tamara Millikin.

Nearly nine years have passed since the closing of this case, and no party, including the defendant, has contacted the Court regarding the remaining $200.00 cash bond posted. The Court has attempted without success to locate a valid address for the defendant Tamara Millikin, but the last known address is no longer valid.

///

///

///

1      Given the passage of time, and because the Court does not know where to send
2 the $200 or whom to contact regarding the $200, the Court finds it appropriate to order
3 the transfer of the $200.00, plus any interest that has accrued, to the Court's Unclaimed
4 Funds Account.

5      Accordingly, IT IS HEREBY ORDER that the Clerk shall transfer $200.00, plus all
6 accrued interest, to the Court's Unclaimed Funds Account.

DATED: 10/20/15

MICHAEL J. SENG
United States Magistrate Judge

2